**2010–0128. State v. Readnour.**
Hamilton App. No. C–090253. On motion for leave to file delayed appeal. Motion denied.
    MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2010–0136. State v. Campain.**
Richland App. Nos. 09CA35 and 09CA36, 2009-Ohio-4571 and 2009-Ohio-4573. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2010–0137. State v. Banks.**
Franklin App. No. 09AP–224, 2009-Ohio-5582. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2010–0138. State v. Valentin.**
Portage App. No. 2009–P–0010, 2009-Ohio-6038. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR and O'DONNELL, JJ., dissent.

**2010–0173. In re Jefferson Cty. Sheriff v. Fraternal Order of Police, Ohio Labor Council, Inc.**
Jefferson App. No. 09–JE–2, 2009-Ohio-6758. On motion for stay of judgment. Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2010–0225. Dukes v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 09AP–515, 2009-Ohio-6781. On motion for stay of court of appeals' judgment. Motion granted.
    PFEIFER and O'CONNOR, JJ., dissent.

**2010–0276. In re Mullen.**
Hamilton App. Nos. C–090285 and C–090407, 2009-Ohio-6934. On motion for stay of court of appeals' decision vacating stay of order terminating interim visitation. Motion granted.
    LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1807. State v. Little.**
Miami App. No. 2008 CA 18, 183 Ohio App.3d 680, 2009-Ohio-4403. Discretionary appeal accepted.
    PFEIFER and O'DONNELL, JJ., dissent.
    Discretionary cross-appeal not accepted.

**2009–2030. Pollis v. State.**
Trumbull App. No. 2008–T–0055, 2009-Ohio-5058. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–2280. Cleveland v. State.**
Cuyahoga App. No. 92663, 2009-Ohio-5968.

**2009–2307. Fed. Ins. Co. v. Executive Coach Luxury Travel.**
Allen App. Nos. 1–09–17 and 1–09–18, 2009-Ohio-5910.
    LUNDBERG STRATTON and O'CONNOR, JJ., dissent.
    CUPP, J., not participating.

**2009–2314. State v. Blackburn.**
Hancock App. No. 5–09–18, 2009-Ohio-5902. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge,* Hamilton App. No. C–080968; and briefing schedule stayed.
    LUNDBERG STRATTON and LANZINGER, JJ., dissent.